# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND TYRONE DAVIS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JACQUELINE M. BLUTH, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81144

FILED

MAY 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This pro se filing, which we have construed as an original pretrial petition for a writ of mandamus, appears to seek reinstatement of petitioner's bail.

Problematically, petitioner has not provided this court with all of the exhibits or documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

20-20203

Furthermore, to the extent that petitioner has counsel, he must proceed by and through his counsel of record. Accordingly, we deny the petition.

It is so ORDERED.[1]

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.          _____Stiglich_____, J.
Hardesty                            Stiglich

cc:   Hon. Jacqueline M. Bluth, District Judge
Raymond Tyrone Davis
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]Petitioner's failure to provide timely proof of service of the petition constitutes an additional basis upon which to deny relief. NRAP 21(a)(1). To the extent petitioner seeks relief from this requirement, we deny his request.